# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| RANDANE WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:20-cv-00304-AKK-JHE |
| ) | |
| SHERIFF JONATHAN HORTON, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

The parties have filed a Stipulation of Voluntary Dismissal, doc. 25, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*. The court **DIRECTS** the Clerk of Court to **CLOSE** this case.

Costs are taxed as paid.

**DONE** the 18th day of September, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE